**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

**PRO SE PRISONER CIVIL RIGHTS COMPLAINT**

CASE NO. _____

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

_Andrew Cook_

_____

VS.

Scanned and Emailed
Osborn C.I.
# of pages ___44___
Date _6/26_ Initials _SH_

✳ **DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**] You may attach an additional page to add more defendants.

1. _Richard Williams MD_
2. _Carin Vangelder MD_
3. _UCONN MEDICAL-Farmington_ (Douglas Gibson M.D.)
   DEFENDANT #7
4. _Frank Maletz      MD/Ortho_
5. _Nicole Hernandez, RCOO_
6. _Gloria Perry      DMD_

*ALL DEFENDANTS ARE SUED IN THIER OFFICIAL AND INDIVIDUAL CAPACITIES.

CON'T

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Complete every section and **SIGN PAGE 7.**

(rev. 11/7/22)

DEFENDANTS CON'T-1A

7. DOUGLAS GIBSON MD (AT UCONN MEDICAL)
UCONN MEDICAL IS DEFENDANT #3

8. ROBERT MARTIN

9. WARDEN REIS

10. JANE/John DOE/S

ALL DEFENDANTS ARE SUED IN THIER OFFICIAL
AND INDIVIDUAL CAPACITIES.'

1A

## A.    JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1.    ☑ State, county, or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2.    ☐ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B.    PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1.    First Plaintiff
    a.    Full Name: *ANDREW WALTER COOK*
    b.    Inmate Number: *103713*
    c.    Correctional facility: *Osborn ~~CHESHIRE~~ C.I.*

2.    Indicate whether you are a prisoner or other confined person as follows (check all that apply):

☐ Pretrial detainee

☐ Civil committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other (explain)_____

2

C.    **DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)** Provide items a, b, and c for each defendant. If you are suing more than six defendants, attach additional pages. You may attach an additional page to add more defendants.

1.    First Defendant

a.    Full Name: *Richard Williams*

b.    Rank or Title: *MD*

c.    Workplace: *Cheshire C.I.*

2.    Second Defendant

a.    Full Name: *CARIN VANGELDER.*

b.    Rank or Title: *MD*

c.    Workplace: *Bridgeport C.C.*

3.    Third Defendant

a.    Full Name: *UCONN MEDICAL CENTER (DOUGLAS GIBSON)*

b.    Rank or Title: *HOSPITAL*

c.    Workplace: *FARMington - UCONN*

4.    Fourth Defendant

a.    Full Name: *FRANK MALETZ*

b.    Rank or Title: *MD - ORTHO*

c.    Workplace: *Cheshire C.I.* (*DR. MALETZ GO'S TO ALL CT DOC JAILS MONTHLY, 2nd TUES, CHESHIRE, 3RD WED, CORRIGAN, ETC*)

5.    Fifth Defendant

a.    Full Name: *Nicole HERNANDEZ*

b.    Rank or Title: *RCOO - DIRECTOR/MEDICAL*

c.    Workplace: *Cheshire C.I.*

3

C. <u>DEFENDANT</u> con't 3ₐ (from pg 4)
                                        Top

7. SEVENTH DEFENDANT
NAME: A. DOUGLAS GIBSON

TITLE: B. M.D

WORKPLACE: C. UCONN-FARMINGTON


8. EIGHTH DEFENDANT
NAME: A. ROBERT MARTIN *

TITLE: B. WARDEN (NOW · OSBORN, THEN · CORRIGAN) HE IS NOT SUED AS OR
                                                  IN HIS CAPACITY AS WARDEN
WORKPLACE: C. OSBORN C.I. - SOMERS              HERE NOW.


* NOTE - ROBERT MARTIN IS NOT IN THE MEDICAL PART
   OF THIS 8ᵀᴴ AMENDMENT VIOLATION AT CHESHIRE, ONLY
   CORRIGAN C.I.

9. NINTH DEFENDANT

NAME: A. WARDEN REIS - CHESHIRE C.I.

TITLE: B. WARDEN

WORKPLACE: C. CHESHIRE C.I.

10. 10ᵀᴴ DEFENDANT/S

NAME: A. UNKNOWN/S
TITLE: B. SCHEDULER' ————— THIS IS UNKNOWN DEFENDANTS WHO
                              SCHEDULE PROCEDURES & DIAGNOSTIC
WORKPLACE: C. CHESHIRE AND/OR UCONN    TESTING AT UCONN MEDICAL.

6.  Sixth Defendant

a.  Full Name: GLORIA PERRY

b.  Rank or Title: DMD

c.  Workplace: CheshiRE, C. I,
CON'T

## D.    REASON FOR COMPLAINT

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe 2, and so on.

**Now briefly describe the FACTS that support your case. Describe <u>what</u> happened, <u>how</u> you were harmed, and <u>how each defendant</u> was personally involved in the alleged wrong actions.**

1. FiRST <u>DR. Richard Williams</u> is DocToR (provider) AT CHESHIRE And has been my provider SiNCE MARCh 2023. HE'S FAILED TO PROVIDE further neccasARy TreatmenT.

2. The times IVE SEEN him Are too numREous to show hERE briefly. I'Ve AttAched a small portion of GRiEVANCES To show not only ExhAusted REMEDiES but the scope of my injuriEs And the Absolute futility of AdministrAtiVE DiRectives 8.9. Williams Also quARANtinED mE fRom 2/10 - 7/25 2024.

4. InjuRiES/medical neglect include <u>ExTREME delays</u> in getting pRopER treatment And ESPEcially specialist & diagnostic tests, Colonescopy, DentAL, HERNiA and damage to my lungs, <u>I was left</u> in my cell over 10 days AftER I continuAlly told EvERy nuRSE that bRought meds that "I can't breath" inhalERS ARen't working, prednisone not doing Anything" <u>This</u> caused physical damage!

4

_REASON FOR COMPLAINT — 4 cont_

⑤ CARIN VanGELDER was my doctor At Bridgeport C.C. "infirmary" from 3/15/24 to 4/1/24. She was negligent in discharging me buck to population while I said "my breathing is still not ⑥ Right" Regardless of my LIFE And HEALTH. I was not "feeling well" As she states in discharge notes. The damage to my lungs is current, ongoing and continual. Don't know full extent of damage As its not being further looked at And a different in- ⑦ haler is not a solution. Cell 525, South Block AT Cheshire C.i. had Black mold PRIOR to my illness IN FEB. 2024 Influenza doesn't CAUSE MRSA LUNG INFECTIONS AND ABSESSES in my lungs!!

⑧ UCONN MEDICAL in Farmington contracts with DOC for CARE of inmates (100,000,000 million/yr). They also discarged me from Hospital too soon And this caused damage to my lungs. Dr. Gibson-7ᵗʰ Defendant is only name I could find, but there may be more but ⑨ Uconn medical AS A whole is negligent in providing further testing, And Treatment. Their _extreme delay_ in crucial diagnostics And treatment is fatal to inmates though not me yet. Lungs - 8 month so far, Hernia - 20 month, Colonscopy 2½ years, Whoever schedules is ⑩ Responsible, 16-months foilow up cervical damage — next, — AT UCONN For Pneumonia from, 2/24/24 to 3/15/24. UCONN is supposed to be an Orthopedic, (if you need more space, attach additional pages, but be as brief as possible) 'Conr - 4A. Having a Blood infection in my lungs (MRSA) And ABCESSES IN LUNGS is _NOT_ FROM FLU.

## E.    REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court appointed attorney, if you had one; (3) You cannot use a Section 1983 or _Bivens_ action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus. _Injunctive Relief to include proper treatment, Specialist for Lungs, Fix teeth w/full plates, Fix hernia. Prescribe proper pain medication, GET Colonscopy. Compensatory damages of $700,000 to be free from cost of incarceration statutes or any liens by Dept. of Admin. Ser- ices (DAS). And Punitive damages for the same Amount ($700,000) from All Defendants also free from Cost of Incarceration statutes or liens from DAS. as Defendants Actions were/showed Callous disregard for Plaintiffs Rights And Plaintiffs Health._

—CON'T 5'A

D. REASON FOR COMPLAINT, cont 4A.

11. Dr. Maletz, Frank has been my Ortho DR. since around Dec. 2022. He has in the past been helpful but not in the past year and half. I constantly explain my neck pain is worse with nothing being done. Had cervical fusion 2020 just before being arrested And had one (1) follow-up with my Ortho out there. Fusioned failed and in continual unending pain. He won't prescribe sufficient pain meds no matter what. I suffer daily. Tried Grievances, and again, futile. Grievance here are basically a tool the jail uses to delay further, or proper I should say, treatment. He's refused to even see me for over 16 months now. Oh, since I was just transfered here to Osborn M.D. here has cut back pain meds to once a day after I've stated emphatically pain is worse.

12. Nicole Hernandez is medical director here. (Cheshire C.I.) I've wrote her post-exhaustion of Remedies hoping I could just be treated. She spoke with me on April 30th (2025) on issues but wasn't even seen by Dr. Maletz as she said. Then transfered from Cheshire to Osborn C.I. on May 30, 2025 before I could see any providers. (Hmmm?) Was I transfered to get rid of me? Now, same "game" begins here at Osborn, delay, indifference, etc. I don't have time to freshly exhaust remedies here my health is starting to fail And I want to file this while I am still physically capable.

13. Gloria Perry is Dentist at Cheshire. Plain and simple my teeth are being neglected, basically deteriorating. They keep talking About my "plan" (dental) for partials, but again the extreme delay. Last work on teeth was 1 yr. ago in their "plan" (one emergency tooth in that time) They (Doc) dental blames me for not taking care of my teeth though I brush/floss daily. I'm sorry, those only 1 Dentist at Cheshire. Hire more — for $40,000 per inmate X's 1500 inmates. I can show my dental state in Feb, 2021 via records.

## D. Reason for Complaint    cont 4b.

14. Douglas Gibson was only name I could find from my UCONN hospital stay from 2/25/24 – 3/15/24. His decision to discharge me while I could still barely breath and walk is negligent. My lungs are damaged, though don't know full extent till I see a specialist. (A UCONN one will only "bury" my condition further) Will need discovery to discover all the defendants involved with my treatment and also UCONN's involvement in the extreme delays in scheduling other trips, for hernia, colonoscopy, fusion. A FALSE HISTORY OF COPD PLACED IN MY RECORDS.

15. Robert Martin was warden at CORRIGAN C.I. in Uncasville and is responsible, ultimately for my care. He failed. He also was responsible for my con't placement in a 2-man cell when I gave legal reason for a one-man cell. Two-men in a cell is an 8TH Amend. violation.

16. Warden Reis is ultimately responsible for my medical care while I was in Cheshire from March 2023 to May 2025. He failed that responsiblity. I did write him post-exhaustion remedies and it was only passed (the buck) to Nicole Hernandez, Defendant #5.

There is so much more and more involved but I tried to make this brief as possible. Their treatment is negligent and the extreme delays is unacceptable. I just wanted treatment. They won't provide meaningful timely treatment. Deliberate indifference is obvious! I'm in pain with breathing labored, a growing hernia, a much delayed colonoscopy and with severe dental deterioration. All this is causing me extreme stress, insomnia and severe mental anguish. All defendants exhibited gross negligence and deliberate indifference to my medical needs by mistreatment, non treatment and extreme delay. And it continuing and ongoing to this date.

4b

E. _REQUEST FOR RELIEF_ CON'T

Such callous disregard is not only from negligence and deliberate indifference its also born from "profits over people" And as such requests injunctive Relief to include (A preliminary injunction May be needed) a forensic private Accounting firm to show where the 100 million dollars/yr. UCONN Recieve For medical care. And the $40 + thousand A yr. for each inmate to be Accounted for. It certainly isn't in the medical care,

**F.    DO YOU WISH TO HAVE A JURY TRIAL?  YES**  **NO**

**G.    PLAINTIFF'S CERTIFICATION AND WARNINGS**

**Warning: You must sign this, or your complaint will not be filed.**

By signing this complaint, I certify that I have read the following:

**Before you file your Complaint, contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1.    Failure to use the prison grievance process before suing: If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2.    Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3.    Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you.

4.    Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first.  If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5.    Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison: If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

6

6.      Please be advised that you may be denied *in forma pauperis* status if you have filed three of more cases as a prisoner that were dismissed as frivolous, malicious, or for failure to state a claim. The Prison Litigation Reform Act ("PLRA") amended the statute governing proceedings filed *in forma pauperis*.  In relevant part, Section 804(d) of the Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g)  In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

*See Akassy v. Hardy*, 887 F.3d 91, 93 (2d Cir. 2018) ("'the PLRA contains a "three-strikes" rule that bars prisoners from proceeding IFP if they have a history of filing frivolous or malicious lawsuits,' with an exception provided for a prisoner who is in imminent danger of serious physical injury.") (quoting *Pettus v. Morgenthau*, 554 F.3d 293, 296 (2d Cir. 2009)).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice. You will be required to comply with Court rules and procedures, even though you are proceeding without a lawyer. Your best strategy is to call Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Further, by signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: _____

Signed at: _____ Somers____ on _6-18-25_
Osborn C.I.          (Location)              (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

19-Pages Grievances and other Attempts Attached. IF more needed to prove I Exhausted Remedies per PLRA more could be provided. Administrative Remedies Are not only Futile they Are used As A Bludgeon To Further Deny, And Delay Proper Medical Treatment

— REQUEST —    HSAR #8257

Andrew Cook                         Oct. 27, 2024
    #103713                         SB-2/17

TO: Debra Cruz - HSARC

    I have no access to get Medical Grievance forms (or Request). Since I have no access to forms see this as one and the start of exhaustion of Remedies with all my negligent medical care.

    First I've been waiting over 2 yes (2½) for a colonoscopy. I started pill prep with all that fun then they decided I need to see cardiologist. Did. Over a year ago now!

    Been waiting for 6+ month to have hernia checked out, I wrote that it's enlarged and has migrated down more. Nothing.

    Next on the list is my left lung seems to be damaged from the illness I obtained while left to Rot in a cell under "Quaranteen"

    I figured I'd mention the First 3 ail-ments that could potentially kill me!

    Next been in pain thats getting worse with no Relief in site. Seeing Dr Maletz is like pissing up a Rope. He just says "multi model blah, blah," and "Fusion looks exedent" STILL in Constant pain. It seems like REAL pain meds that actually work are not prescribed (~~all scratched out~~) No matter what!

    Next my teeth are being Allowed to

Rot out of my head. I came in in March 2021 with all my teeth fixed and ready for a plate by Columbia Dental.

All these ailments are a direct result of CT DOC medical neglect and deliberate (indifference) DOC doesn't prevent anything All they do is fix when an emergency happen, maybe! So when I get colon cancer or my lung collapses they'll probably say I have an ulcer and I need a better inhaler! Everything is minimized by staff. "Oh, that's" nothing" "that's common".

Well, you suggested I write to you last time, so ———

See this as an exhaustion of remedies. Being I'm being denied access to Administrat- ive Remedies Forms. This is, in effect, violating my access to Court.

Oh, I don't have a history of COPD either. Seems like my medical history has been revise somewhat. Well, if American history is being revise now, what's a little medical history of a inmate.

Sincerely,
Andrew Cook
Cheshire

Rejected. Not on proper HSAR form.

Chris Lokas RN    11/14/24



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
[NOV. 01, 2024] Rev.
05/06/2021
(HSAR # 8352)

| ☑ Facility/Unit: _Cheshire N-2/38_ | Date: _11/25/24_ |
|---|---|
| Inmate Name: _Andrew Cook_ | Inmate Number: _103713_ |

### Section 1: FILING A HEALTH SERVICES ADMINISTRATIVE REMEDY LEVEL 1

Prior to filing a request for Health Services Administrative Remedy, an inmate must attempt informal resolution. Attach a copy of the CN 9601, Inmate Request form, with the staff member's response or explain in Section 3 why the form is not attached.

Health Services Administrative Remedies must be filed within 30 days of the occurrence or discovery of the cause of the concern.

Reason for Health Services Administrative Remedy. Check the appropriate box:
☑ Diagnosis/ Treatment          ☐ Administrative

### Section 2: OTHER REQUIREMENTS FOR USING THE HEALTH SEVICES ADMINITRATIVE REMEDY PROCEDURE

#### Read and comply with the instructions below, then complete Section 3 (State the Problem and Requested Resolution)

- The length of this request shall be restricted to the space available in Section 3 and one (1) additional 8 1/2 x 11-inch page.
- This request for a Health Services Administrative Remedy must be free of obscene or vulgar language or content.
- This request for a Health Services Administrative Remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- Informal resolution attempts and responses shall be attached or explained if no attachment is available.
- A repetitive request for a specific Health Services Administrative Remedy will be rejected if
  - a. a final response has already been provided;
  - b. there has been no change in any circumstances that would affect the response; and
  - c. the initial request for the Health Services Administrative Remedy is still in process.

### Section 3: STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable. Including any responses from staff. State the action that you believe should be taken to resolve this problem. PLEASE PRINT. All of my major medical issues are being disregarded and neglected. Colonoscopy, Hernia, Damaged lung. And severe neck pain minimized. Everything is minimized here, If not it's normalized. "Oh, thats very common" When my intestines are hanging out of my Anus "That's normal in here". My teeth are also being allowed to rot out of my head, slowly. Oh, one was filled in 4 yrs. "See, we're (DOC) taking care of his teeth". The care here is horrendous. As far as preventitive care, that virtually non-existant. Details of all this w/ Attached 2 pg. Document. (10/27/24 - HSAR #8352)

# Appeal of Health Services Administrative Remedy - Level 3

## Connecticut Department of Correction

CN 8903
Effective
04/30/2021

| Inmate Name: Cheshire Andrew Cook | Inmate Number: 103713 |
|---|---|

| Facility/Unit: Cheshire   N-2 | Housing Unit: N-238 | Date: Feb 9, 2025 |
|---|---|---|

HSA #: Receipt #8352

- Use this form to appeal a CN 8902, Appeal of Health Services Administrative Remedy-Level 2 decision.
- When submitting this form, you must attach copies of all attempts of prior resolution (CN 9601, Inmate Request form; CN 8901, Health Services Administrative Remedy Form, Level 1; CN 8902, Health Services Administrative Remedy Form level 2) and any other supporting documentation.
- NOTE:
  - Your appeal must be filed within five (5) calendar days of the Level 2 response; and deposited in the "Health Services Remedies" box within the institution.
  - No review will be undertaken if the required documentation is not attached.

| Inmate Signature: | Date: 2/9/25 |
|---|---|

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

| Date Received: | Disposition: | Date of Disposition: |
|---|---|---|

Reasons: No official written response in 30 working days. Situation only changed slightly. Maletz won't see me. Hernia bigger. Colo-guard test neg. but thats not absolute. Lung still not right 1yr. later.

| Level 3 Reviewer Print: | Title: |
|---|---|

| Level 3 Reviewer Signature: | Date: |
|---|---|



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

| ☑ Facility/Unit: Cheshire   S-5/46 | Date: 11/28/23 |
|---|---|
| Inmate Name: Andrew Cook | Inmate Number: 103713 |

### Section 1: FILING A HEALTH SERVICES ADMINISTRATIVE REMEDY LEVEL 1

Prior to filing a request for Health Services Administrative Remedy, an inmate must attempt informal resolution. Attach a copy of the CN 9601, Inmate Request form, with the staff member's response or explain in Section 3 why the form is not attached.

Health Services Administrative Remedies must be filed within 30 days of the occurrence or discovery of the cause of the concern.

Reason for Health Services Administrative Remedy. Check the appropriate box:
☑ Diagnosis/ Treatment          ☐ Administrative

### Section 2: OTHER REQUIREMENTS FOR USING THE HEALTH SEVICES ADMINITRATIVE REMEDY PROCEDURE

**Read and comply with the instructions below, then complete Section 3 (State the Problem and Requested Resolution)**

- The length of this request shall be restricted to the space available in Section 3 and one (1) additional 8 1/2 x 11-inch page.
- This request for a Health Services Administrative Remedy must be free of obscene or vulgar language or content.
- This request for a Health Services Administrative Remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- Informal resolution attempts and responses must be attached or explained if no attachment is available.
- A repetitive request for a specific Health Services Administrative Remedy will be rejected if
  - a. a final response has already been provided;
  - b. there has been no change in any circumstances that would affect the response; and
  - c. the initial request for the Health Services Administrative Remedy is still in process.

### Section 3: STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable. Including any responses from staff. State the action that you believe should be taken to resolve this problem. PLEASE PRINT. BEEN trying to SEE (GET APPT.) Orthopedic M.D. No Responses from Medical for 2 months now. [That is why there is no Attached informal Resolutions - ignoring my Requests] Cervical fusion is worse. In Pain Daily and Continually. I Barely sleep due to this torment. ~3 hrs/night if lucky — I need to see Orthopedic Surgeon/MD. This is neglegent. This is medical neglect! Scheduling me to see Ortho w/ further diagnostics, I.E, X-RAY, MRI, etc would Resolve (NEXT MONTH) this issue (Though not the problem of medical neglect and indifference)



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

| Inmate Signature: | | Date: 11/26/23 |
|---|---|---|

Deposit the completed form in the <u>Health Services Administrative Remedies box</u>

Section 4: Decision/Official Use ONLY- Do Not Write in the Space Below

| Date Received: 11/27/23 | HSAR# 5624 |
|---|---|
| Disposition: upheld | Date: 11/30/23 |

Reason: Staff responses must be printed or typed. Language must address both the problem and requested solution

11/30/2023
<u>ORTHOPAEDIST</u>    Brought to my attention today /reviewed

I have added you to my list for evaluation
with Pleasure

I will make your request a priority at my next
Checkin Clinic

## Health Services Administrative Remedy Decision

| ☒  This decision is not subject to further appeal | ☐  This matter may be appealed within 5 calendar days |
|---|---|
| Staff Name Print: MALET? | Title: ORTHOPAEDIST / OPO) |
| Signature: Raul N. Malel MD  F-ACs | Date: 11/30/2023 |



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

| ☑ Facility/Unit: Cheshire S 4/36 | Date: 9/23/2023 |
|---|---|
| Inmate Name: Andrew Cook | Inmate Number: 103713 |

### Section 1: FILING A HEALTH SERVICES ADMINISTRATIVE REMEDY LEVEL 1

**Prior to filing a request for Health Services Administrative Remedy, an inmate must attempt informal resolution. Attach a copy of CN 9601, Inmate Request form, with the staff member's response or explain in Section 3 why the form is not attached.**

**Health Services Administrative Remedies must be filed within 30 days of the occurrence or discovery of the cause of the concern.**

Reason for Health Services Administrative Remedy. Check the appropriate box:
☑ Diagnosis/ Treatment         ☐ Administrative

### Section 2: OTHER REQUIREMENTS FOR USING THE HEALTH SEVICES ADMINITRATIVE REMEDY PROCEDURE

**Read and comply with the instructions below, then complete Section 3 (State the Problem and Requested Resolution)**

- The length of this request shall be restricted to the space available in Section 3 and one (1) additional 8 1/2 x 11-inch page.
- This request for a Health Services Administrative Remedy must be free of obscene or vulgar language or content.
- This request for a Health Services Administrative Remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- Informal resolution attempts and responses shall be attached or explained if no attachment is available.
- A repetitive request for a specific Health Services Administrative Remedy will be rejected if
  - a. a final response has already been provided;
  - b. there has been no change in any circumstances that would affect the response; and
  - c. the initial request for the Health Services Administrative Remedy is still in process.

### Section 3: STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable. Including any responses from staff. State the action that you believe should be taken to resolve this problem. PLEASE PRINT.

BEEN TRYING TO GET TO DENTIST FOR MONTHS. PUT in 2 REQUESTS. (NOT ATTACHED BECAUSE MEDICAL HARDLY EVER RETURNS REQUESTS IN THIS Facility. Trying to SAVE A tooth before it gets to the point where they pull it, Thats All Dental wants to do. Pull teeth. At CORRIGAN THEY WANTED TO Pull Good teeth And not address ones that needed filling. Action that needs to be taken is for the tooth be filled → AS I don't have many good ones left. OH, THIS IS WHERE I SPILLED COFFEE CUZ I CAN'T SEE WITH NO EYE DOCTOR HERE,



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

| Inmate Signature: | | Date: | 9/23/23 |
|---|---|---|---|

**Deposit the completed form in the Health Services Administrative Remedies box**

**Section 4: Decision/Official Use ONLY- Do Not Write in the Space Below**

| Date Received: | 9/25/23 | HSAR# | 5123 |
|---|---|---|---|
| Disposition: | upheld | Date: | 10/3/23 |

Reason: Staff responses must be printed or typed. Language must address both the problem and requested solution

Having Not seen you for treatment I can only speak on what is documented and planned in your notes. It appears that you have been placed on our orders list here at Cheshire. We will see you when your orders come up. You were treatment planned for several more fillings and several extractions. Your x-rays support these findings. CCI is much larger than Corrigan but we will get to you in due time. In the meantime brush and floss 2-3 times a day. If you are in pain feel free to write and let us (dental) Know. We give pain requests priority however those visits are usually for extractions. Filling visits get pushed back by inmates trying to beat the system.

## Health Services Administrative Remedy Decision

| ☒ This decision is not subject to further appeal | ☐ This matter may be appealed within 5 calendar days |
|---|---|

| Staff Name Print: Gloria Perry, DMD | Title: Lead Dentist CCI |
|---|---|
| Signature: Gloria Perry DMD | Date: 10/3/23 |

TO: HEALTH SERVICES UNIT (DOC)          7-28-2022
        STATE OF CONNECTICUT

FROM: I/M ANDREW COOK #103713

TO WHOM EVER IS IN CHARGE/DIRECTOR:
    THIS IS TO BASICALLY SUMMARIZE MY TREAT-
-MENT AND MY ATTEMPTS TO OBTAIN PROPER TREAT-
-MENT OF MY MEDICAL AND MENTAL HEALTH NEEDS
SINCE MARCH 2021. YOU CAN SEE THIS AS MY
FINAL ATTEMPT AT PROPER TREATMENT BEFORE
LEGAL ACTION OR YOU CAN JUST GIVE SOME
LAME RESPONSE INFUSED WITH ADMINISTRAT-
-IVE RIGAMAROLE DIRECTIVES ON REMEDIES
PROCEDURES, AND CATCH-22 RULES AS IS US
-UALLY THE CASE.
    EVERY GRIEVANCE (ADMINISTRATIVE REMEDY)
IS RESPONDED TO WITH SOME DIRECTIVE ON
PROCEDURE (THOUGH USUALLY INCORRECTLY APPLIE
ON YOUR PART) "THIS ISSUE IS ADMINISTRATIVE"
OR "THIS IS DIAGNOSIS/TREATMENT ISSUE", OR I
RECIEVE NO RESPONSE IN TIME ALLOTTED
PER DIRECTIVES, I.E.- 30 WORKING DAYS, THE
AFTER TIME I'LL RECIEVE RESPONSE STATING
"REJECTED" "TWO SEPERATE ISSUES" OR
WHEN TOLD AT SICK CALL "SCHEDULED TO SEE
DOCTOR" — NEVER DO, THEN WHEN I WRITE AS

1 OF 3

TO WHY I'M NOT BEING SEEN BY DOCTOR.
A RESPONSE IS GIVEN ALONG THE LINES
OF "TOLD TO WRITE SICK CALL AGAIN IF
NOT IMPROVED" OUTRIGHT LIE! OR "YOU'RE ON
SICK-CALL LIST" <u>AGAIN</u> - AFTER I'VE SEEN
SICK-CALL. OR PEOPLE WHO ARE RESPONS-
-IBLE FOR MY CARE - GAGNE - RESPOND TO
MY ADMINISTRATIVE REMEDY.

MEDICAL/MH CARE IS A JOKE AND I'M
ONLY GIVEN THE <u>APPEARANCE</u> OF TREAT—
-MENT. WAS SEEN BY <u>IN-HOUSE</u> ORTHOP-
-EDIC (AFTER WAITING 8 MONTH TO SEE A
UCONN ONE) X-RAY WASN'T EVEN ORDERED
AND MEDS PATHETIC FARCE OF ACTUAL
TREATMENT. SAW CARDIOLOGIST 8 MONTHS
AGO - DID NOTHING - ONLY ASKED QUESTION

HAVENT SLEPT RIGHT SINCE I WAS
CUT OFF MEDS IN MARCH. IN CONSTANT
DISCOMFORT AND PAIN. FRUSTRATED AT
THE INDIFFENCE AND "GAMES" MEDICAL, MH
AND GRIEVANCE PEOPLE PLAY. I DON'T NEE
AN ACTUAL BOX CHECKED OFF ☑ SAYING
"YOU'VE EXHAUSTED DOC ADMIN. REMEDIES" TO
IN REALITY <u>HAVE</u> EXHAUSTED THEM. I HAVE.
AND I THINK A FEDERAL COURT WILL CONCUR
I HAVE, "AS ARE AVAILABLE".

BEFORE COMING HERE IN MARCH OF

2 OF 3

LAST YEAR I WAS KEEPING CURRENT WITH MY MEDICAL PROVIDERS, CARDIO-LOGIST, ORTHOPEDIC, GI SPECIALIST, PCP AND DENTAL WITH A COLONOSCOPY SCH-EDULED FOR MARCH (2021) FOLLOW UP FOR DENTAL PLATE, ORTHO AND PCP FOR THE SAME MONTH AND APRIL (2021) WHICH I CAN PROVE. IT'S BEEN A FIGHT JUST TRYING TO GET MEDS FOR ACID REFLUX (GERD). NEVER MIND MORE CRUCIAL ISSUES. TELLING ME TO PURCHASE COMM-ISARY ITEMS (WHICH I HAVE BUT ARE NOT SUFFICIENT) FOR GERD AND CHRONIC PAIN

IT'LL BE 6 MORE MONTHS TILL I SEE THE IN-HOUSE ORTHOPEDIC AGAIN (AT LEAST) AND AFTER I GET THIS STRESS-TEST IT'LL BE GOD KNOWS HOW LONG FOR ANY KIND OF FOLLOW-UP. THIS SUB PAR TREATMENT IS UNACCEPTABLE. AS I WRITE THIS I HAVE ACID COMING UP MY THROAT, MY NECK IS KILLING ME AND ALL ON 3 HOURS SLEEP. NEVER MIND MY ANXIETY. SO SEE THIS AS MY FINAL PLEA FOR PROPER TREATMENT OR SEE IT ANY WAY YOU PLEASE, ENOUGH, ENOUGH.

SINCERELY,                ANDREW COOK #103
                          CORRIGAN-RADGOWSK C
                          986 NORWICH NEW LONDO
                          UNCASVILLE, CT 06832

3 OF 3

# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

---

⌂ Facility/Unit: *Cheshire SB 5.25*  Date: *02/06/2024*

Inmate Name: *Andrew Cook*  Inmate Number: *103713*

### Section 1: FILING A HEALTH SERVICES ADMINISTRATIVE REMEDY LEVEL 1

**Prior to filing a request for Health Services Administrative Remedy, an inmate must attempt informal resolution. Attach a copy of the CN 9601, Inmate Request form, with the staff member's response or explain in Section 3 why the form is not attached.**

**Health Services Administrative Remedies must be filed within 30 days of the occurrence or discovery of the cause of the concern.**

Reason for Health Services Administrative Remedy. Check the appropriate box:
☒ **Diagnosis/ Treatment**   ☐ **Administrative**

### Section 2: OTHER REQUIREMENTS FOR USING THE HEALTH SEVICES ADMINITRATIVE REMEDY PROCEDURE

**Read and comply with the instructions below, then complete Section 3 (State the Problem and Requested Resolution)**

- The length of this request shall be restricted to the space available in Section 3 and one (1) additional 8 1/2 x 11-inch page.
- This request for a Health Services Administrative Remedy must be free of obscene or vulgar language or content.
- This request for a Health Services Administrative Remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- Informal resolution attempts and responses shall be attached or explained if no attachment is available.
- A repetitive request for a specific Health Services Administrative Remedy will be rejected if
    - a. a final response has already been provided;
    - b. there has been no change in any circumstances that would affect the response; and
    - c. the initial request for the Health Services Administrative Remedy is still in process.

### Section 3: STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable. Including any responses from staff. State the action that you believe should be taken to resolve this problem. PLEASE PRINT.

*Multiple Requests on this issue - None Returned. My Albuterol inhaler has been out over 2 weeks now. The 81 mg, Aspirin, for its heart benefits, hasn't been Refilled either in OVER a month, With the other medical negligence going on - Dental, Ortho, GI (Colonoscopy) M.H., ETC - iE just makes my asthma worse And stresses me out, The medical Dept, here is going to End up giving me a stroke or cardiac Arrest! Maybe that's the Plan?*



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

| Inmate Signature: *[signature]* | Date: 02/06/2024 |
|---|---|

Deposit the completed form in the **Health Services Administrative Remedies box**

### Section 4: Decision/Official Use ONLY- Do Not Write in the Space Below

| Date Received: 2/9/24 | HSAR# 6347 |
|---|---|
| Disposition: Rejected. | Date: 2/14/24 |

**Reason: Staff responses must be printed or typed. Language must address both the problem and requested solution**

No informal resolution attempted. No recent requests on file for refill. Medication is a one to one Trade. Provide the empty to the nurses a new one will be provided as long as order is still current. Renewed 12/23 expires 12/24. Albuteral to be swapped out Today. 2/14/24

### Health Services Administrative Remedy Decision

| ☒ This decision is not subject to further appeal | ☐ This matter may be appealed within 5 calendar days |
|---|---|
| Staff Name Print: Debra Cruz | Title: HSARC |
| Signature: Debra Cruz | Date: 2/14/24 |



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

☐ Facility/Unit: Cheshire  S-5/46    Date: 12/13/2023

Inmate Name: Andrew Cook    Inmate Number: 103713

### Section 1: FILING A HEALTH SERVICES ADMINISTRATIVE REMEDY LEVEL 1

Prior to filing a request for Health Services Administrative Remedy, an inmate must attempt informal resolution. Attach a copy of the CN 9601, Inmate Request form, with the staff member's response or explain in Section 3 why the form is not attached.

Health Services Administrative Remedies must be filed within 30 days of the occurrence or discovery of the cause of the concern.

Reason for Health Services Administrative Remedy. Check the appropriate box:
☑ Diagnosis/ Treatment    ☐ Administrative

### Section 2: OTHER REQUIREMENTS FOR USING THE HEALTH SEVICES ADMINITRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 3 (State the Problem and Requested Resolution)

- The length of this request shall be restricted to the space available in Section 3 and one (1) additional 8 1/2 x 11-inch page.
- This request for a Health Services Administrative Remedy must be free of obscene or vulgar language or content.
- This request for a Health Services Administrative Remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- Informal resolution attempts and responses shall be attached or explained if no attachment is available. Cheshire
- A repetitive request for a specific Health Services Administrative Remedy will be rejected if    NEVER RETURNS
  MEDICAL REQUESTS
  a. a final response has already been provided;
  b. there has been no change in any circumstances that would affect the response; and
  c. the initial request for the Health Services Administrative Remedy is still in process.

### Section 3: STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable. Including any responses from staff. State the action that you believe should be taken to resolve this problem. PLEASE PRINT Been trying to get Dental work for almost 2 yrs now. SAW Dental at Corrigan Dec 2021 or Jan. 2022 And All they wanted was to pull teeth that didn't have cavity (As I need A plate) And ignored the few cavities I had when I Refused to have good teeth pulled. The Dental neglect continues here. By the time Dental gets to the teeth that needed cavities, it'll be too late And you'll try to pull them, then when I say "No", you'll say He "Refused" treatment. My teeth were cavity free and ready to take a plate. A mold was made; (Feb; 2021) The canine teeth were to be anchors for the plate - ones Dental at Corrigan said had to come out to accomodate plate. I can get records from Columbia Dental Easily. Please fix my teeth. This facility doesn't Return medical Requests.



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

| Inmate Signature: | Date: 12/3/23 |
|---|---|

Deposit the completed form in the Health Services Administrative Remedies box

### Section 4: Decision/Official Use ONLY- Do Not Write in the Space Below

Date Received: 12/4/23

HSAR# 5761

Disposition: upheld in part   Date: 12/19/23

Reason: Staff responses must be printed or typed. Language must address both the problem and requested solution

You are not eligable for dentures or partials before you are sentenced. We have not seen you at Cheshire yet but a review of your chart indicates that you probably will also need more teeth removed (pulled) and a few cavities filled before you can get replacement teeth.

## Health Services Administrative Remedy Decision

| ☒      This decision is not subject to further appeal | ☐      This matter may be appealed within 5 calendar days |
|---|---|
| Staff Name Print: Gloria Parra | Title: Lead Dentist |
| Signature: Gloria Parra, DMD | Date: 12/19/23 |



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

---

☑ Facility/Unit: **Cheshire SB-5/25** Date: **01/02/2024**

Inmate Name: **Andrew Cook** | Inmate Number: **103713**

### Section 1: FILING A HEALTH SERVICES ADMINISTRATIVE REMEDY LEVEL 1

Prior to filing a request for Health Services Administrative Remedy, an inmate must attempt informal resolution. Attach a copy of the CN 9601, Inmate Request form, with the staff member's response or explain in Section 3 why the form is not attached.

Health Services Administrative Remedies must be filed within 30 days of the occurrence or discovery of the cause of the concern.

Reason for Health Services Administrative Remedy. Check the appropriate box:
☑ Diagnosis/ Treatment          ☐ Administrative

### Section 2: OTHER REQUIREMENTS FOR USING THE HEALTH SEVICES ADMINITRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 3 (State the Problem and Requested Resolution)

- The length of this request shall be restricted to the space available in Section 3 and one (1) additional 8 1/2 x 11-inch page.
- This request for a Health Services Administrative Remedy must be free of obscene or vulgar language or content.
- This request for a Health Services Administrative Remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- Informal resolution attempts and responses shall be attached or explained if no attachment is available.
- A repetitive request for a specific Health Services Administrative Remedy will be rejected if
  - a. a final response has already been provided;
  - b. there has been no change in any circumstances that would affect the response; and
  - c. the initial request for the Health Services Administrative Remedy is still in process.

### Section 3: STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable. Including any responses from staff. State the action that you believe should be taken to resolve this problem. PLEASE PRINT. I've been trying to see Ortho for 4 months At least, Filed HSAR# 5624 in Nov. 2023 And it was upheld saying "I'd be put on next Ortho Clinic" "A priority". Never happened. I've been in torment with my cervical fusion, getting worse & worse and my sleep due to this is terrible, maybe 3 hrs (in 9-20 min. clips) A night, Maletz has Always been good to me when I can get to him. Some medical staff here are blocking me from a Ortho visit, They even tried to D/c my meds back in April/May when I Requested to see Ortho Again due to pain-They D/c my meds using Dr. Maletz name (Authorization). Found this out in June 23. This is not An Appeal of HSAR# 5624. 5624 said upheld & would see Ortho clinic next time. Well Dec. Clinic and Jan 26, th clinic came and went, HSAR 5624 said upheld- it didn't deliver, it was A lie which caused me to not file a Lev. 2 on that Ad. Remedy,

of myself



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

| Inmate Signature: _(signature)_ | Date: 01/02/24 |

Deposit the completed form in the **Health Services Administrative Remedies box**

**Section 4: Decision/Official Use ONLY- Do Not Write in the Space Below**

| Date Received: 2/9/24 | HSAR# 6456 |
| Disposition: Rejected | Date: 2/9/24 |

Reason: Staff responses must be printed or typed. Language must address both the problem and requested solution

Not sure where this AR has been for a month or more. Definitely not in correct box for pickup. If you are sending through us mail. please don't. AR6194 — is in process. already.

## Health Services Administrative Remedy Decision

| ☑ **This decision is not subject to further appeal** | ☐ **This matter may be appealed within 5 calendar days** |

| Staff Name Print: Debra Cruz | Title: HSARC |
| Signature: _(signature)_ | Date: 2/9/24 |

From: Andrew Cook #103713 ~~SB351~~

To: Warden ~~Reis~~ Reis                    4/17/25

This will be my final attempt to obtain the medical treatment. (Proper Treatment)

Are you not responsible, in the final analysis, for my overall care to include medical/dental care? Well, I've exhausted all remedies. I'd much rather have the treatment I need. My teeth, Proper Ortho (PAIN) care, See a Respertory/Pulmonry Specialist, Get Colonoscopy (cologuard not accurate) And Hernia!

Wrote a similar request to Nicole Sullivan (and Hernandez). So no one can't say I tried everything. I can prove that all these maladies were not present prior to my arrest-Mar 2022. I was up to date w/ Dental, G.I. and ortho, and PCP prior to coming to jail. This is my final attempt to resolve this and receive correct medical/dental care.

Sincerely,
Andrew Cook #103713
Cheshire C.I.
S-351

A.C. LIES
All LIES

Mr. Cook -
① You are being seen and treated by the dentist
② You agreed to have a cologuard vs. colonoscopy. If you want a colonoscopy pls write to your provider to discuss options
③ Appointment request made with UCONN for pulmonology. awaiting appointment
④ I have asked Dr. Mabte to see you at his next clinic. Nicole Hernandez, RCOO ngts

**Inmate Request Form**
Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: _Andrew Cook_                    Inmate number: _103713_

Facility/Unit: _Cheshire_          Housing unit: _S-351_      Date: _5/8/25_

Submitted to: _Medical_

Request: I really need to see the Doctor - Williams. I need a better inhaler or something. My breathing is not getting better. May be actually worse, I keep getting like a bronchitis feeling or like I'm congested and feels like I'm on the verge of being sick then it's gone. I need to see a Specialist for my lungs. They've never been the same since last yrs. lung infection/pneumonia thing. Supposed to go to Uconn for another MRI 2 months ago. Sent request to MD Williams cople wks ago. No response. I'm not being Treated for this lung issue!!

*continue on back if necessary*

Previous action taken:

**RECEIVED MAY 10 2025**

~~RECEIVED MAY 10 25~~

*continue on back if necessary*

Acted on by (print name): _Bernie_              Title: _RN_

Action taken and/or response:

Referal to be seen by the Provider.

*continue on back if necessary*

Staff signature: _[signature]_          Date: _5/15/25_

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Andrew Cook

Inmate number: 103713

Facility/Unit: Cheshire

Housing unit: S-351

Date: 4/27/25

Submitted to: Medical "Scheduler" — JAKE

Request: My breathings getting worse! I know I'm scheduled to go for Another CT Scan/MRI, Said Around 3 months, but it's going on 5'. Am I scheduled soon is my question?

Thank You

Also, waiting for Consult for hernia, It's bigger than a goff ball now,

*continue on back if necessary*

Previous action taken:

**RECEIVED APR 29 2025**

*continue on back if necessary*

Acted on by (print name): Deb Cruz

Title: CHN.

Action taken and/or response:

Appt was requested 12/24/24. Still waiting for Date + time by Radiology @ UConn.

*continue on back if necessary*

Staff signature: [signature]

Date: 4/29/25



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

| Inmate Signature: | | Date: 2/20/25 |
|---|---|---|

Deposit the completed form in the <u>Health Services Administrative Remedies box</u>

Section 4: Decision/Official Use ONLY- Do Not Write in the Space Below

| Date Received: 2/24/25 | HSAR# 9296 |
|---|---|
| Disposition: upheld | Date: 3/3/25 |

Reason: Staff responses must be printed or typed. Language must address both the problem and requested solution

See attachment HSAR # 9296

## Health Services Administrative Remedy Decision

| ☑ This decision is not subject to further appeal | ☐ This matter may be appealed within 5 calendar days |
|---|---|
| Staff Name Print:<br>Gloria Perry, DMD | Title:<br>Lead Dentist |
| Signature: | Date: 3/3/25 |

HSAR # 9296

CCI has the largest population of inmates in Connecticut. And you are right, the dentist here spends the majority of dental visits addressing emergency dental pain. Inmates tend to enter the system with an alarming amount of untreated dental decay and other threatening dental problems. Combine the number of inmates at CCI with the number of problems inmates come into the system with, and yes, you are lucky if we can squeeze you in for one or two non-emergency dental visits. You would have a better chance of being seen more often at a smaller institution like Corrigan where you were housed before.

Keep in mind, that all dental problems are preventable. Dental decay develops very, very slowly in people with good oral hygiene habits.  Good brushing, flossing and a good diet are the key. Even once the teeth are broken down, these good habits can slow the loss of teeth down dramatically. Only when the teeth are neglected or ignored do they breakdown to the point of no return quickly.

We will call you quickly if you write for pain. You know this. We will do your fillings when we get to your name on the orders list. You know this as well. We try to operate fairly. Many other guys are in the same situation as you. We do the best that we can. It is left up to you to practice good oral hygiene until we can call you down. Or maybe you can look into going back to a smaller facility.

TO: Nicole Hernandez /RCOO                April 7, 2025

Maybe you can help me get the adequate medical treatment I've been trying to get the past year and a half. I noted you interjected on a Grievance so maybe you could do that again and urge medical providers/staff to be more ambitious about my issues, Lung problem, untreated pain, hernia and dental deficiencies.

I assume you're a medical director of sorts. Well, direct providers and schedulers to treat my issues adequately. Scheduling certain procedures but never taking me is mistreatment. Saying "shows improvement" but with concerning notes "broken glass" spots isn't treating via a Pulmonary Specialist, or stating "you can't expect all pain alleved" is again mistreatment.

My breathing isn't getting better. My pain is getting worse. My hernia is growing very nicely. My teeth are slowly deteriorating. And, I don't believe a coloquard test was adequate for a colonoscopy that was delayed over 2 yrs.

In Summary, don't just put on the appearance of medical treatment. Actual treat the particular issue adequately. BTW, I did file a Level 2 on Last HSAR-Starting w/ #8352 Receipt No., I have receipt of such.       Thank You

Sincerely, Andrew Cook #703913
Cheshire C. I.

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

| Inmate name:  Andrew Cook | Inmate number:  103713 |
|---|---|

| Facility/Unit:  CCI | Housing unit: | Date: |
|---|---|---|

Submitted to:

Request:

*THIS IS WHAT WAS SENT AFTER I EXHAUSTED GRIEVANCE PROCESS !*

continue on back if necessary

Previous action taken:

continue on back if necessary

| Acted on by (print name):  Nicole Hernandez | Title:  RCOO |
|---|---|

Mr.Cook – You need to go through your grievance process to have any issues with your medical concerns

Addressed. Thank you

continue on back if necessary

| Staff signature: | Date:  4/8/25 |
|---|---|